**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 133 EM 2018 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JAMES MALONE, A.K.A. ROBERT DUNCAN, | : | |
| | : | |
| | : | |
| Petitioner | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 25th day of January, 2019, the "Emergency King's Bench Petition" is DISMISSED. *See Commonwealth v. Ali*, 10 A.3d 282, 293 (Pa. 2010) (explaining that hybrid representation is not permissible).

    The Prothonotary is DIRECTED to forward this filing to Petitioner's attorneys of record.